IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Tucson Herpetological Society; Defenders of Wildlife; Center for Biological Diversity; Horned Lizard Conservation Society; Sierra Club; Dr. Wendy Hodges; and Dr. Francis Allan Muth,<br><br>Plaintiffs,<br><br>vs.<br><br>Ken Salazar, in his official capacity of Secretary of the Interior; Dale Hall, in his official capacity of Director of the U.S. Fish and Wildlife Service,<br><br>Defendants. | No. CV04-0075-PHX-NVW<br><br>**JUDGMENT PURSUANT TO MANDATE** |

Pursuant to mandate of the United States Court of Appeals for the Ninth Circuit, filed July 28, 2009 (doc. # 127),

IT IS ORDERED, ADJUDGED, AND DECREED that:

1. The order denying Plaintiffs' motion for summary judgment and granting Defendants' motion for summary judgment (doc. # 118), and the Clerk's judgment in favor of Defendants (doc. # 119) are vacated.

2. The Fish and Wildlife Service's June 28, 2006 (71 Fed. Reg. 36745) decision and the incorporated January 3, 2003 (68 Fed. Reg. 331), decision to withdraw the Proposed Rule to list the flat-tailed horned lizard are vacated and remanded to the

1  agency for a new final listing decision on the Proposed Rule to list the flat-tailed horned
2  lizard as required by the Court of Appeals' orders in this case, filed May 18 and July 28,
3  2009, and in accordance with the deadlines set forth in 16 U.S.C. § 1533(b), measured
4  from the date of this judgment.

5      4.    The 1993 Proposed Rule to list the flat-tailed horned lizard is reinstated
6  until and unless the agency takes other action.

7      5.    Any other claims are denied.

8      6.    This judgment is final on all claims, and the Court does not retain any
9  jurisdiction of this matter.  The Clerk shall terminate this action.

10  DATED this 2nd day of November, 2009.

_____
Neil V. Wake
United States District Judge