**FILED**

**UNITED STATES COURT OF APPEALS**

**FOR THE NINTH CIRCUIT**

MAR 01 2010

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| TUCSON HERPETOLOGICAL SOCIETY; et al., | No. 07-16641 |
| Plaintiffs - Appellants, | DC No. CV 04-0075 NVW |
| v. | D. Ariz., Phoenix |
| KEN SALAZAR, in his official capacity as Secretary of the Interior; et al., | ORDER |
| Defendants - Appellees. | |

Before:   NOONAN, TASHIMA, and W. FLETCHER, Circuit Judges.

Plaintiffs-appellants' unopposed motion for further extension of time to seek attorney's fees and costs is granted. Plaintiffs-appellants are granted until April 26, 2010, to either submit a joint motion of settlement or to initiate litigation on attorney's fees and costs by the filing of a motion/application for said fees and costs. If the contemplated settlement re fees and costs is fully resolved prior to said date, plaintiffs-appellants shall promptly file notice thereof.